UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil File No. 17-04593

_____

James Robert Carlson

petitioner,

v.

United States of America,

respondent.

_____

**REQUEST FOR EVIDENTIARY HEARING**

Petitioner, James Robert Carlson, through counsel, Deborah Ellis, moves the court for an evidentiary hearing at which Petitioner will provide evidence in support of his claims presented in his motion filed under 28 U.S.C. § 2255.


Dated: October 9, 2017               Respectfully submitted,

                                     */s/ deborah ellis*
                                     DEBORAH ELLIS
                                     Atty. Lic. No. 14616X
                                     101 E. Fifth Street, Suite 2626
                                     St. Paul, Minnesota 55101
                                     651-288-3554